**THE CONTAINER STORE,
Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–
Appellant.**

**No. 2012–1133.**

United States Court of Appeals,
Federal Circuit.

March 27, 2012.

Frances Pierson Hadfield, Grunfeld, Desiderio, Lebowitz, New York, NY, for Plaintiff–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

---

**ESTEE LAUDER INC.,
Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–
Appellant.**

**No. 2012–1253.**

United States Court of Appeals,
Federal Circuit.

March 27, 2012.

Michael E. Roll, Pisani & Roll, Los Angeles, CA, for Plaintiff–Appellee.

Marcella Powell, Department of Justice, New York, NY, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).